FILE COPY

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| CAROLYN MILLENDER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Civil Action Case No. CV-07-17 |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE; ANTHONY | ) |
| MOLINA, in his official capacity as | ) |
| President of H. Councill Trenholm State | ) |
| College, | ) |
| | ) |
| Defendants. | ) |

RECEIVED
2007 FEB 21  A 9:40

## NOTICE OF REMOVAL

TO:   Montgomery County Circuit Court Clerk
      Ms. Melissa Rittenour
      PO Box 1667
      Montgomery, AL 36130

Please take notice that on this 16th day of February, 2007, the Defendants, H. Councill Trenholm State Technical College and Anthony Molina, in his official capacity as President of H. Councill Trenholm State Technical College, filed a petition for removal, a copy of which is attached hereto, of the above entitled action in the United States District Court for the Middle District of Alabama, Northern Division. You are also advised that the Defendants, on filing such petition for removal in the office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, have also filed a copy of it with the Clerk of the Circuit Court for Montgomery County to effect removal pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted on this the 16th day of February, 2007.

/s/ Mary Goldthwaite
Mary Goldthwaite (GOL103)
Assistant Attorney General
Attorney for Defendants H. Councill
Trenholm State Technical College and
Anthony Molina

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 353-9189
(334) 242-2433 (fax)

CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 16th day of February, 2007, served a copy of the foregoing on the following counsel by placing same in the United States mail, postage prepaid, and properly addressed as follows:

William F. Patty, Esq.
Beers, Anderson, Jackson, Patty, Van Heest & Fawal, PC
P.O. Box 1988
Montgomery, Al 36102

/s/
OF COUNSEL