**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **CAROLYN MILLENDER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No.: 2:07-cv-145-MHT |
| | ) |
| **H. COUNCILL TRENHOLM STATE** | ) |
| **TECHNICAL COLLEGE, and ANTHONY** | ) |
| **MOLINA, in his official capacity as President** | ) |
| **of H. Councill Trenholm State College,** | ) |
| | ) |
|     **Defendant.** | ) |

## NOTICE OF APPEARANCE

**COMES NOW**, Candis A. McGowan, associated with Wiggins, Childs, Quinn & Pantazis, L.L.C., 301 - 19th Street North, Birmingham, AL 35203, and make her appearance as an additional attorney of record.

    Respectfully submitted,

    /s/ Candis A. McGowan
    Candis A. McGowan
    Attorney for Plaintiff

**OF COUNSEL**

Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 - 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0513
Facsimile: (205) 314-0713
Email: cmcgowan@wcqp.com

/s/ William F. Patty
William F. Patty
Attorney for Plaintiff

Beers, Anderson, Jackson, Patty
 & VanHeest, P.C.
P. O. Box 1988
250 Commerce Street
Suite 100
Montgomery, AL 36102-1988
Telephone: (334) 834-5311
Facsimile: (334) 834-5362

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the above Notice of Appearance with the Clerk of Court using CM/ECF system which will send notification of such filing to the following:

TO:

Mary Goldthwaite
Office of Attorney General
11 South Union Street
Montgomery, AL 36103


      On this the 14th day of March 2007.

                                        /s/ Candis A. McGowan
                                            Of Counsel