IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN MILLENDER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Civil Action No. 2: 07-cv145-MHT |
| | ) | |
| H. COUNCILL TRENHOLM STATE | ) | |
| TECHNICAL COLLEGE and ANTHONY | ) | |
| MOLINA, in his official capacity as | ) | |
| President of H. Councill Trenholm State | ) | |
| College | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

**1.**  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on March 12, 2007, by telephone, and was attended by:

William Patty, for the Plaintiff Carolyn Millender;

Candis McGowan, for the Plaintiff Carolyn Millender; and

Mary Goldthwaite for the Defendants H. Councill Trenholm State Technical College and Anthony Molina.

**2.**  **Pre- discovery Disclosures.**  The parties will exchange by April 9, 2007 the information required by Fed.R.Civ.P. 26(a)(1).

**3.**  **Discovery Plan**.  The parties jointly propose to the Court the following discovery plan:

- Discovery will be needed on the following subjects: <u>Plaintiff's claims</u>, <u>Defendants' defenses</u>, and <u>damages issues</u>.

- All discovery commenced in time to be completed by <u>December 7, 2007</u>.

- Interrogatories:

    Plaintiff's Position:  As per Rule 33, the maximum number of interrogatories should not exceed <u>twenty-five (25)</u> interrogatories by each party to any other party.  (Responses due thirty (30) days after service.)

    Defendants' Position:  Given the local discovery guidelines and the number and complexity of claims raised in this case a maximum of <u>thirty (30)</u> interrogatories by each party to any other party.  (Responses due thirty (30) days after service.)

- Maximum of <u>twenty-five (25)</u> requests for admission by each party to any other party.  (Responses due within thirty (30) days after service.)

- Maximum of <u>ten (10)</u> depositions by the Plaintiff and <u>ten (10)</u> depositions by the Defendants.

- Reports for retained experts under Rule 26(a)(2) due:

    From Plaintiff by <u>July16, 2007</u>; and

    From Defendants by <u>September 14, 2007</u>

- Supplementations under Rule 26(e) are due as soon as reasonably possible after the information or documents are discovered but no later than 30 days before the close of discovery.

**4.     Other Items.**

- The parties do not request a conference with the Court before entry of the Scheduling Order.

- The parties request a pretrial conference in <u>February 2008</u>.

- Plaintiff should be allowed until <u>June 12, 2007</u> to join additional parties and until <u>June 12, 2007</u> to amend the pleadings.

- Defendants should be allowed until <u>July12, 2007</u> to join additional parties and until <u>July 12, 2007</u> to amend the pleadings.

- All potentially dispositive motions should be filed by <u>November 20, 2007</u>.

- Settlement cannot be evaluated prior to undertaking discovery in this case.

- Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

    From Plaintiff by <u>February 29, 2008</u>

    From Defendants by <u>February 29, 2008</u>

- Parties should have <u>ten (10)</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

- The case should be ready for trial by <u>March 31, 2008</u> and at this time is expected to take approximately <u>3 to 4 days</u>.

Dated:      March 15, 2007

| | |
|---|---|
| /s/ WILLIAM F. PATTY | /s/ MARY GOLDTHWAITE |
| William F. Patty | Mary Goldthwaite |
| Counsel for Plaintiff | Assistant Attorney General |
| BEERS, ANDERSON, JACKSON | Counsel for Defendants |
| PATTY, VAN HEEST & FAWAL, PC | OFFICE OF THE ATT. GENERAL |
| 250 Commerce Street, Suite 100 | 11 South Union Street |
| Montgomery, AL 36104 | Montgomery, AL 36130 |
| (334) 834-5311 | (334) 353-9189 |

  /s/ CANDIS A. MCGOWAN
Candis A. McGowan
Counsel for Plaintiff
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
(334) 314-0513