IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN MILLENDER | ) | |
| | ) | |
| Plaintiff/Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 2:07-CV-145-MHT |
| | ) | |
| H. COUNCILL TRENHOLM | ) | |
| STATE TECHNICAL COLLEGE; | ) | |
| ANTHONY MOLINA, in his official | ) | |
| capacity as President of H. Councill | ) | |
| Trenholm State Technical College, | ) | |
| | ) | |
| Defendants/Respondents. | ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**There are no entities to be reported**.


| | |
|---|---|
| 4/11/07 | /s/ William F. Patty |
| Date | **WILLIAM F. PATTY** |
| | Counsel for Plaintiff Carolyn Millender |
| | Beers, Anderson, Jackson, Patty, |
| | Van Heest & Fawal, P.C. |
| | P.O. Box 1988 |
| | Montgomery, AL 36102 |
| | (334) 834-5311 |