IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CAROLYN MILLENDER,            ) | |
| )            | |
| Plaintiff,            ) | |
| )            | CIVIL ACTION NO. |
| v.            ) | 2:07cv145-MHT |
| )            | |
| H. COUNCILL TRENHOLM STATE    ) | |
| TECHNICAL COLLEGE and         ) | |
| ANTHONY MOLINA, in his        ) | |
| official capacity as          ) | |
| President of H. Councill      ) | |
| Trenholm State College        ) | |
| )            | |
| Defendants.            ) | |

### ORDER

It is ORDERED that the motion to file amended complaint (Doc. No. 9) is granted. The assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven day from the date of the order.

DONE, this the 15th day of June, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE