IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

<u>CAROLYN MILLENDER</u>,    )
)
Plaintiff,    )
)
v.    )    CASE NO. 2:07-cv-145-MHT
)
<u>H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, ET AL.</u>    )
,    )
)
Defendants,    )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW <u>Defendants</u>, a _____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>    <u>Relationship to Party</u>

_____    _____

_____    _____

_____    _____

<u>7/12/2007</u>    <u>/s/ [signature]</u>
Date    (Signature)

**Mary Goldthwaite**
(Counsel's Name)

**Defendants**
Counsel for (print names of all parties)
Office of Attorney General
11 S. Union Street, Montgomery, AL 36130
Address, City, State Zip Code
334-353-9189
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>                DIVISION

## CERTIFICATE OF SERVICE

I, <u>Mary Goldthwaite</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>U.S. Mail</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>12th</u> day of <u>July</u> 20<u>07</u>, to:

<u>William F. Patty, Esq., PO Box 1988, Montgomery, AL 36102-1988</u>

<u>Candis McGowan, Esq., 301 19th Street North, Birmingham, AL  35203</u>

7/12/07
Date

Signature