IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN  DIVISION

```
CAROLYN MILLENDER,            )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         2:07cv145-MHT
                              )
H. COUNCILL TRENHOLM STATE    )
TECHNICAL COLLEGE and         )
ANTHONY MOLINA, in his        )
official capacity as          )
President of H. Councill      )
Trenholm State College        )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion for extension of deadline (Doc. No. 15) is denied for the following reason.

This court has made clear that, "A request or motion for extension of a deadline in any court order ... must indicate that movant has, in a timely manner, previously contacted counsel for all other parties; and ..., based on that contact, must state whether counsel for all other parties agree to or oppose the extension request or motion," and "[a] request or motion that fails to meet

this requirement will be denied outright, unless the movant offers a credible explanation in the request or motion why this requirement has not been met." Scheduling Order (Doc. No. 7), § 15(B).  Movant here has failed to comply with these requirements.

DONE, this the 6th day of September, 2007.


      /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE