UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROLYN MILLENDER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO.: 2:07-cv-145-MHT |
| | ) |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE; ANTHONY MOLINA, in his official capacity as President of H. Councill Trenholm State College | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF EXPERT WITNESS DEADLINE

COMES NOW, the Defendant through undersigned counsel and respectfully asks this Honorable Court to extend the Defendant's expert witness deadline by twenty-one (21) from Friday, September 14, 2007 to Friday, October 5, 2007, and as grounds therefore shows as follows:

1. That the discovery deadline is not until December 7, 2007, and the trial is not set until March 31, 2008.

2. That in light of the foregoing, the Plaintiff will not be prejudiced by extending the expert witness deadline by twenty-one (21) days.

3. Plaintiff's counsel do not agree to an extension of the Defendant's expert witness deadline.

THEREFORE, the Defendant respectfully requests that this Honorable Court extend the expert witness deadline from Friday September 14, 2007, to Friday, October 5, 2007.

        Respectfully submitted,

        TROY KING  
        Attorney General  
        By:

        /s/ MARY GOLDTHWAITE  
        MARY GOLDTHWAITE  
        (GOL013)  
        Assistant Attorney General

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL  
11 South Union Street  
Montgomery, AL 36130  
(334) 353-9189  
(334) 242-2433

## **CERTIFICATE OF GOOD FAITH**

     Comes now Defendant's counsel, and in accordance with Rule 37 Federal Rules of Civil Procedure, certifies that she has in good faith attempted to resolve this matter without the Court's assistance.

        /s/ MARY GOLDTHWAITE  
        MARY GOLDTHWAITE

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 7th day of September, 2007, electronically filed the foregoing with the Clerk of the Court, using the CM/ECF filing system, and that I have further served a copy of the foregoing upon the foregoing, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

William F. Patty, Esq.
BEERS, ANDERSON, JACKSON
PATTY, VAN HEEST & FAWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL  36104

Candis A. McGowan, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203

/s/  MARY GOLDTHWAITE
OF COUNSEL