**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CAROLYN MILLENDER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Civil Action No.: 2:07-cv-145-MHT** |
| | ) |
| **H. COUNCILL TRENHOLM STATE** | ) |
| **TECHNICAL COLLEGE, and** | ) |
| **ANTHONY MOLINA, in his official** | ) |
| **capacity as President of H. Councill** | ) |
| **Trenholm State College,** | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR**
**EXTENSION OF EXPERT WITNESS DEADLINE**

COMES NOW, Plaintiff Carolyn Millender, by and through undersigned counsel, and respectfully requests that this Honorable Court deny the Motion to extend Defendants' expert witness deadline, and as grounds in support shows as follows:

1.     Defendants have failed to state any reason for the need for the extension of their expert witness deadline request.

2.     Defendants have failed to identify any reason for the need of using an expert witness in their request to extend the deadline.  Plaintiff has not designated an expert witness for use in this matter, and Defendants have failed to provide the area

and/or subject matter needed for the use of an expert.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that

this Honorable Court deny Defendants' request to extend the expert witness deadline.


Respectfully submitted,

/s/William F. Patty_____

**WILLIAM F. PATTY [PAT038]**
Attorney for Plaintiff Carolyn Millender

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
   PATTY, VANHEEST & FAWAL, P.C.
P.O. Box 1988
Montgomery, AL 36102-1988
334-834-5311 (phone)
334-834-5362 (fax)
Email: bpatty@beersanderson.com

/s/Candis A. McGowan_____

**CANDIS A. McGOWAN**
Attorney for Plaintiff Carolyn Millender

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301-19th Street North
Birmingham, AL 35203
205-314-0513 (phone)
205-314-0713 (fax)
Email: cmcgowan@wcqp.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mary A. Goldthwaite
Office of Attorney General
11 South Union Street
Montgomery, AL 36130

on this the 7th day of September, 2007.

/s/William F. Patty_____
**OF COUNSEL**