IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAROLYN MILLENDER,              )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )        2:07cv145-MHT
                                )
H. COUNCILL TRENHOLM STATE      )
TECHNICAL COLLEGE and           )
ANTHONY MOLINA, in his          )
official capacity as            )
President of H. Councill        )
Trenholm State College          )
                                )
    Defendants.                 )
```

## ORDER

It is ORDERED that the motion for extension of deadline (Doc. No. 17) is denied. The movants have not stated any reason for the need of an extension.

DONE, this the 10th day of September, 2007.

                                /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**