UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROLYN MILLENDER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO.: 2:07-cv-145-MHT |
| | ) |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE; ANTHONY MOLINA, in his official capacity as President of H. Councill Trenholm State College | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S MOTION TO RECONSIDER**
**MOTION FOR EXTENSION OF EXPERT WITNESS DEADLINE**

COMES NOW, the Defendant through undersigned counsel and moves this Honorable Court to reconsider its denial of the Defendant's Motion for Extension of Expert Witness Deadline, and as grounds therefore, would resubmit its Response e-filed earlier today, September 10, 2007, around 9:34 AM (Doc. 20).

Respectfully submitted,

TROY KING
Attorney General
By:

  /s/  MARY GOLDTHWAITE
MARY GOLDTHWAITE
(GOL013)
Assistant Attorney General

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 353-9189
(334) 242-2433  (fax)

# CERTIFICATE OF SERVICE

I hereby certify that I have, on this 10th day of September, 2007, electronically filed the foregoing with the Clerk of the Court, using the CM/ECF filing system, and that I have further served a copy of the foregoing upon the foregoing, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

William F. Patty, Esq.
BEERS, ANDERSON, JACKSON
PATTY, VAN HEEST & FAWAL, PC
250 Commerce Street, Suite 100
Montgomery, AL  36104

Candis A. McGowan, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203

/s/  MARY GOLDTHWAITE
OF COUNSEL