IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CAROLYN MILLENDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:07cv145-MHT |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE and | ) |
| ANTHONY MOLINA, in his | ) |
| official capacity as | ) |
| President of H. Councill | ) |
| Trenholm State College | ) |
| | ) |
| Defendants. | ) |

ORDER

It is ORDERED that the motion to reconsider (Doc. No. 21) is denied.

As previously stated, "The movants have not stated any reason for the need of an extension." Order entered Sept. 10, 2007 (Doc. No. 19). To be sure, the movants may be in need of expert testimony, but they have not explained why they could not meet the September 14 deadline for such testimony. That deadline was set forth in the uniform scheduling order entered on March 20, 2007 (Doc. No. 7),

which expressly provides, in the introductory paragraph, that "extensions will be granted only in extraordinary and unforeseeable circumstances." Moreover, that deadline was not only accepted by the movants with the entry of the uniform scheduling order without objection from the movants within the time allowed by ¶ 15(D) of that order, it was expressly suggested by the movants in the Rule 26(f) report they filed on March 15, 2007(Doc. No. 6).

DONE, this the 12th day of September, 2007.

                                  /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**