IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAROLYN MILLENDER,                          )
                                            )
          Plaintiff,                        )
                                            )
v.                                          )     CIVIL ACTION NO.  2:07cv145-MHT
                                            )
H. COUNCILL TRENHOLM STATE                  )
TECHNICAL COLLEGE, and                      )
ANTHONY MOLINA, in his official             )
capacity as President of H. Councill        )
Trenholm State College,                     )
                                            )
          Defendants.                       )

**ORDER**

Now pending before the court is the Alabama Education Association's motions to quash (doc. # 26 & 27), it is

ORDERED that on or before October 29, 2007, the opposing party shall show cause why the motions should not be granted.  It is further

ORDERED that the Alabama Education Association is not required to respond to the subpoena pending the court's resolution of the motion to quash which shall take place in further proceedings before this court.

Done this 22nd day of October, 2007.


                              _____/s/Charles S. Coody_____
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE