IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 OCT 26  P 12: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| CAROLYN MILLENDER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:07-cv145-MHT |
| | ) | |
| H. COUNCIL TRENHOLM STATE TECHNICAL COLLEGE and ANTHONY MOLINA, in his official capacity as President of H. Councill Trenholm State College | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW, William R. Gordon, Jr., and enters his appearance on behalf of Plaintiff Carolyn Millender as an additional attorney of record.

**DONE** this the 26th day of October, 2007.

_____
WILLIAM R. GORDON, JR. [GORD7598]
Attorney for Plaintiff Carolyn Millender

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY & FAWAL, P.C.
P.O. Box 1988
Montgomery, AL 36102-1988
334-834-5311 (phone)
334-834-5362 (fax)
Email: WGordon@beersanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was delivered to opposing counsel of record in this cause via U.S. Mail, this the 26th day of October, 2007:

Mary A. Goldthwaite
Office of Attorney General
11 South Union Street
Montgomery, AL 36130

Candis A. McGowan
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 - 19th Street North
Birmingham, AL 35203


_____
OF COUNSEL