**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                TELEPHONE (334) 954-3600

October 30, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Millender v. H. Councill Trenholm State Technical College et al**

**Case Number:    2:07-cv-00145-MHT**

**This Notice of Correction was filed in the referenced case this date to add the Exhibit 1 attachment PDF document previously ommitted by E-Filer in error.**

**The correct Exhibit 1 PDF document is attached to this notice for your review.   Reference is made to document # 30  filed on   October 29, 2007.**

# United States District Court

_____ For the Middle _____ District of __Alabama, Northern Division__

COPY

Carolyn Millender     V.    H. Councill Trenholm
                           Technical College

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-145-MHT

TO: **Custodian of Records**
     **Alabama Education Association**
     **422 Dexter Avenue**
     **Montgomery, AL 36104**

[ ] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION - | DATE AND TIME |
|---|---|
|  |  |

[X] YOU ARE COMMANDED to produce the following documents or objects at the place, date, and time specified below (list documents or objects):

**See document attached hereto**

| PLACE: Office of the Attorney General – Civil Division<br>11 South Union Street<br>Montgomery, AL 36130 | DATE AND TIME<br><br>October 20, 2007 |
|---|---|

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR A PLAINTIFF OR DEFENDANT)<br><br>_/s/ Mary A. Goldthwaite_<br>Mary A. Goldthwaite, Attorney for the Defendant | DATE<br><br>10/5/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mary Goldthwaite, Esq.
Office of the Attorney General – Civil Division
11 South Union Street
Montgomery, AL 36130
(334) 353-9189/(334) 242-2433 (fax)

**EXHIBIT 1**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

|  | PROOF OF SERVICE |  |
|---|---|---|
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) |  | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) |  | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                        DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

ule 45, Federal Rules of Civil Procedure, Parts C & D:

) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
 (1) A party or an attorney responsible for the issuance and ervice of a subpoena shall take reasonable steps to avoid posing undue burden or expense on a person subject to that ubpoena. The court on behalf of which the subpoena was issue hall enforce this duty and impose upon the party or attorney in reach of this duty an appropriate sanction, which may include, but not limited to, lost earnings and a reasonable attorney's fee.

 (2)(A) A person commanded to produce and permit inspection nd copying of designated books, papers, documents or tangible ings, or inspection of premises need not appear in person at the lace of production or inspection unless commanded to appear for eposition, hearing or trial.

 (B) Subject to paragraph (d)(2) of this rule, a person ommanded to produce and permit inspection and copying may, ithin 14 days after service of the subpoena or before the time pecified for compliance if such time is less than 14 days after ervice, serve upon the party or attorney designated in the ubpoena written objection to inspection or copying of any or all of e designated materials or of the premises. If objection is made, e party serving the subpoena shall not be entitled to inspect and opy the materials or inspect the premises except pursuant to an rder of the court by which the subpoena was issued. If objection as been made, the party serving the subpoena may, upon notice to e person commanded to produce, move at any time for an order compel the production. Such an order to compel production shall rotect any person who is not a party or an officer of a party from ignificant expense resulting from the inspection and copying ommanded.

 (3)(A) On timely motion, the court by which a subpoena was sued shall quash or modify the subpoena if it

 (I) fails to allow reasonable time for compliance;
 (Ii) requires a person who is not a party or an officer of a party to avel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
 (Ii) requires disclosure of privileged or other protected matter and no exception or waiver apples, or
 (Iv) subjects a person to undue burden.
 (B) If a subpoena
 (I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
 (ii) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
 (Ii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will b reasonable compensated, the court may order appearance or production only upon specified conditions.

(D) DUTIES IN RESPONDING TO SUBPOENA.
 (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of busines or shall organize and label them to correspond with the categories in the demand.

 (2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation material, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, o things not produced that is sufficient to enable the demanding party to contest the claim.

## DEFINITIONS

&ast;    "Person" and/or "persons" mean all individual and/or entities, including without limitation individuals, associations, companies, partnerships, joint ventures, corporations, trusts, estates, agencies and/or governmental entities.

&ast;    "Identify" means to state a person or entity's full name, address and telephone number, and with respect to a document, to identify its author, recipient, date and a description of its contents.

&ast;    "Relate to," "Relating to," "Related to" and/or "indicating" mean connected with, regarding, discussing, referring to, or in any way pertaining to.

&ast;    "Communication" and/or "Communications" shall mean all inquiries, discussions, conversations, negotiations, agreements, understandings, meetings, telephone conversations, letters, correspondence, notes, emails, text messages or any other form of oral, written and /or electronic communication.

**YOU ARE COMMANDED to produce the following documents or objects at the place, date, and time specified below (list documents or objects):**

All communications, documents and recordings relating to Carolyn Millender, Anthony Molina and/or allegations of sex discrimination and/or unequal pay at Trenholm State Technical College including but not limited to, the following:

1)    The Professional Rights and Responsibility (PR&R) form(s) relating to Ms Millender;

2)    All emails, memos, calendars, work sheets, logs, journals, notations, notes, text messages, reports, facsimiles, letters (hand written and/or typed) and/or any other documentation of any kind reflecting and/or relating to all communications any persons have had with Carolyn Millender;

3)      All emails, memos, calendars, work sheets, logs, notes, text messages, reports, facsimile, letters (hand written and/or typed) and/or any other documentation of any kind reflecting and/or relating to all communications AEA and or any persons related to AEA have had with any persons relating to Carolyn Millender;

4)      All calendars and/or calendar-like material, (electronic and/or paper) that reflect any appointments, meetings, phone conversation, contacts and/or conferences AEA and/or any persons related to AEA have had with Carolyn Millender and/or relating to Carolyn Millender;

5)      All calendars and/or calendar-like material (electronic and/or paper) that reflect any appointments, meetings, phone conversations, contacts and/or conferences AEA and/or any persons related to AEA have had with persons relating to Carolyn Millender;

6)      All contracts, agreements and/or documents including but not limited to any emails, memos, work sheets, logs, notes, reports, facsimiles, and/or letters (hand written and/or typed) reflecting and/or relating to all contracts and/or agreements AEA and/or any other person have made with Carolyn Millender and/or on behalf of Carolyn Millender;

7)      All recordings, emails, memos, work sheets, logs, journals, notations, notes, reports, facsimile, letters (hand written and/or typed) text messages, and/or any other kind of documentation reflecting and /or relating to the July 25, 2006 employee conference with AEA attended by, among others, Carolyn Millender;

Page 2 of 3

8) All recorded and/or electronically stored information relating to and/or about Carolyn Millender;

9) All emails, memos, work sheets, logs, journals, notations, notes, text messages, reports, facsimiles, letters (hand written and/or typed) and/or any other kind of documentation reflecting and/or relating to all communications AEA and/or any persons you have had with any other current or former Trenholm employees since 2001 relating to Carolyn Millender and/or claims/concerns about discrimination and/or unequal pay.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Custodian of Records
    Alabama Education Association
    422 Dexter Avenue
    Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): C. Summers
B. Date of Delivery: 10/9/0
C. Signature: X C Summ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0002 5735 8756

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

| | |
|---|---|
| Postage | $ .58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

Name (Please Print Clearly) (to be completed by mailer): Custodian of Rcds AEA
Street, Apt. No.; or PO Box No: 422 Dexter Ave
City, State, ZIP+4: Mont AL 36104

7099 3400 0002 5735 8756

PS Form 3800, July 1999    See Reverse for Instructions

