IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROLYN MILLENDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:07cv145-MHT |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, and | ) |
| ANTHONY MOLINA, in his official | ) |
| capacity as President of H. Councill | ) |
| Trenholm State College, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motions to quash filed by the Alabama Education Association and the plaintiff (doc. nos. 26 & 27) and the defendants' response (doc. no. 30), it is

ORDERED that this matter be and is hereby set for oral argument on November 19, 2007, at 3:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Counsel are DIRECTED to meet and confer not later than November 15, 2007, in a good faith effort to resolve the dispute.

Done this 2nd day of November, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE