IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROLYN MILLENDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv145-MHT |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, and | ) |
| ANTHONY MOLINA, in his official | ) |
| capacity as President of H. Councill | ) |
| Trenholm State College, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On November 19, 2007, the court heard argument on the motions to quash (doc. ## 26 and 27) filed by the plaintiff and non-party Alabama Education Association (AEA). The plaintiff and AEA claim that the documents sought[1] by the defendant are protected from disclosure by the attorney-client privilege as well as the work-product privilege. The court concludes that it must review *in camera* the documents to determine if the privilege applies. Accordingly, it is

ORDERED that counsel for the plaintiff and AEA shall on or before November 26, 2007, deliver to the chambers of the undersigned the documents in dispute along with a separate listing of each document identifying the document in a manner consistent with FED.R.CIV.P. 26(b)(5)(A).

Done this 19th day of November, 2007.

        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] One class of documents relates to the file of an AEA Uniserve director; however, any claim of privilege relating to that file is moot since it has been disclosed to the defendant's counsel.