IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN MILLENDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:07cv145-MHT |
| | ) | |
| H. COUNCILL TRENHOLM STATE | ) | |
| TECHNICAL COLLEGE, and | ) | |
| ANTHONY MOLINA, in his official | ) | |
| capacity as President of H. Councill | ) | |
| Trenholm State College, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the plaintiff 's motion to quash subpoena or alternatively to

modify (doc. # 38), it is

ORDERED that on or before December 3, 2007, the opposing party shall show

cause why the motion should not be granted.  It is further

ORDERED that on or before December 1, 2007, counsel shall meet and confer in a

good faith effort to resolve the dispute.

Done this 20th day of November, 2007.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE