IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CAROLYN MILLENDER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| | )   CIVIL ACTION NO. |
|    v. | )     2:07cv145-MHT |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE and | ) |
| ANTHONY MOLINA, in his | ) |
| official capacity as | ) |
| President of H. Councill | ) |
| Trenholm State College | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

It is ORDERED that the motions for extensions and continuances (Doc. Nos. 33 & 35) are granted to the extent that the dispositive-motion deadline is extended to December 14, 2007, and said motions are denied in all other respects.

DONE, this the 27th day of November, 2007.

                               /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE