IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN  DIVISION

```
CAROLYN MILLENDER,              )
                                )
    Plaintiff,                  )
                                )       CIVIL ACTION NO.
    v.                          )         2:07cv145-MHT
                                )             (WO)
H. COUNCILL TRENHOLM STATE      )
TECHNICAL COLLEGE and           )
ANTHONY MOLINA, in his          )
official capacity as            )
President of H. Councill        )
Trenholm State College          )
                                )
    Defendants.                 )
```

## JUDGMENT

The court having been informed that this cause is now settled, it is the ORDER, JUDGMENT, and DECREE of the court  that this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs and  with  leave  to  the  parties,  within  45  days,  to stipulate  to  a  different  basis  for  dismissal  or  to stipulate to the entry of judgment instead of dismissal, and  with  leave  to  any  party  to  file,  within  45  days, a

motion to have the dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of December, 2007.


                                                                /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE